IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Wing King Café of SC, LLC, | ) | C/A No.: 0:11-cv-1371-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BoBrad, Inc. and KLBB, Inc., | ) | |
| | ) | **ORDER OF REMAND** |
| Defendant/ | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Melinda White and Jeff Crider, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's motion to remand. The court has reviewed the record and the memoranda of counsel, and has determined that remand is appropriate because complete diversity does not exist between the Plaintiff and Defendant KLBB, Inc., as admitted to by the Defendants. Accordingly, the action is remanded to the York County Court of Common Pleas. A certified copy of this order of remand shall be sent by the Clerk of this court to the Clerk of the Court of Common Pleas, York County, Sixteenth Judicial Circuit of South Carolina.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 26, 2011                                   Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge